IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DEVIN ALEX PHILLIP PENDLETON                                                               PLAINTIFF

v.                                    Case No. 2:10-CV-02026

APN JEAN FINLEY; SHERIFF MIKE ALLEN;
SGT. LACY REE; and CRAWFORD COUNTY,
ARKANSAS                                                                                   DEFENDANTS

**O R D E R**

On this 13th day of March 2012, there comes on for consideration the Report and Recommendations (Doc. 35) filed in this case on February 24, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, the Motion for Summary Judgment filed by Separate Defendants Allen, Ree, and Crawford County, Arkansas (Doc. 12) is **GRANTED**, and these Defendants are dismissed from this action. Claims against Defendant Finley are still pending.

IT IS SO ORDERED this 13th day of March 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE