IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DEVIN ALEX PHILLIP PENDLETON　　　　　　　　　　　　　　　　PLAINTIFF

　　　v.　　　　　　　　　Civil No. 10-2026

APN JEAN FINLEY　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

### **ORDER**

For the reasons stated in a memorandum opinion issued this same day, the Defendant's summary judgment motion (Doc. 50) is denied.

IT IS SO ORDERED this 11th day of June 2012.

　　　　　　　　　　　　　　　　　　　/s/ *J. Marschewski*
　　　　　　　　　　　　　　　　　　　HON. JAMES R. MARSCHEWSKI
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**